# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERT A. COLEMAN, ALLEN HENDERSON, BREAUNA LEE ROBERSON, KARMELLA M. JOHNSON, LATEKA R. ALEXANDER, MAGAN TURNER, MICHAEL M. FIELDS, NATALIE DIANE HUNTER, SHA TARA L. FISHER, TIFFANY LYDALE EUWINS and VITO L. MCINTEE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) NO. CIV-17-1191-HE |
| STATEWIDE COLLECTIONS INC., QUICK LOANS, INC. d/b/a STATEWIDE COLLECTIONS, INC.; THE BREIT COMPANY d/b/a STATEWIDE COLLECTIONS, INC.; THE BREIT INVESTMENT CORP. d/b/a STATEWIDE COLLECTIONS, INC.; and BILL G. BREIT d/b/a STATEWIDE COLLECTIONS, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of defendants on plaintiffs' claims.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE